EX PARTE JESS NEWTON.

No. 10316.  Delivered June 9, 1926.

**Habeas Corpus — Seeking Discharge From State Penitentiary — Writ Denied.**

Relator seeks a writ of habeas corpus by an original petition filed in this court.  Upon the facts stated in his application he might be entitled to the relief sought, within the principle announced in the case of Lawson v. State, 98 Tex. Crim. Rep. 544, but no facts are shown by certified copy of judgments or otherwise to support the averments, and the writ must therefore be denied.

This is an original petition for a writ of habeas corpus, filed in this court by relator, seeking discharge from the state penitentiary of Texas.  Writ denied.

Brief filed by petitioner himself.

*Sam D. Stinson*, State's Attorney, and *Robert M. Lyles*, Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Relator seeks a writ of habeas corpus upon the following ground: He avers that while an appeal was pending in this court from a conviction in a state court wherein he was condemned to imprisonment in the penitentiary

for one year, he was also convicted in the United States court upon a different charge and incarcerated in the Federal penitentiary for one year; that the same day his sentence in the latter conviction begun his case pending in this court was affirmed. That the sentences not being cumulative he served both at the same time, but that after he was liberated from the Federal penitentiary he was incarcerated in the state penitentiary. If the facts mentioned can be established relator's case appears to fall within the principle announced in Lawson v. State, 98 Tex. Crim. Rep. 544, 266 S. W. 1101, but no facts are shown by certified copy of judgment or otherwise to support the averments. The writ must therefore be denied by this court. If relator desires to present the matter to a trial court where the facts may be determined, permission is hereby granted him to withdraw the papers filed in this court.

*Writ denied.*